**Ella Peterson, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,811.**

Action for personal injuries sustained while alighting from defendant's street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920. Rehearing denied November 11, 1920.

Hunter, Page & Kavanagh, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Tillman Anderson, by Christopher Anderson, appellee, v. Thomas T. Fletcher, appellant. Gen. No. 6,837.**

Action for malicious prosecution for larceny. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 12, 1920.

Mighell, Gunsul & Allen and Cornelius Reardon, for appellant. Hayes & Stough and H. B. Smith, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**John A. Russell, appellee, v. Board of Education of District No. 87, of Kane County, Illinois, appellant. Gen. No. 6,838.**

Action to recover solicitor's fees. Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. Clinton F. Irwin, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920.

Charles Hunt and Mighell, Gunsul & Allen, for appellant. John M. Raymond and John K. Newhall, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Anna R. Keller, appellee, v. State Bank of Rock Island, appellant. Gen. No. 6,639.**

Assumpsit to recover balance, of a bank account. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920. Rehearing denied November 4, 1920.

Connelly & Walker and Searle, Marshall & Marshall, for appellant. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.